1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALDEN A. THOMAS,                          No.  2:17-cv-2408 MCE AC P

12                  Plaintiff,

13        v.                                    ORDER

14   SUPERIOR COURT OF CALIFORNIA,
     IMPERIAL COUNTY,
15
                     Defendant.
16

17          On February 21, 2018,[1] plaintiff, a state prisoner proceeding pro se, filed a request for

18   relief from a judgment pursuant to Federal Rule of Civil Procedure 60.  EFC No. 12.  He seeks

19   relief from the District Court's judgment entered on January 5, 2018.  EFC Nos. 7, 8.

20          "Rule 60(b) enumerates specific circumstances in which a party may be relieved of the

21   effect of a judgment, such as mistake, newly discovered evidence, fraud, and the like.  The Rule

22   concludes with a catchall category—subdivision (b)(6)—providing that a court may lift a

23   judgment for 'any other reason that justifies relief.'  Relief is available under subdivision (b)(6),

24   however, only in 'extraordinary circumstances.'"  Buck v. Davis, 137 S. Ct. 759, 771-72 (2017).

25          In his motion, plaintiff asserts that this court should grant relief from judgment entered in

26   plain error and refers to his filed objections (EFC No. 6).  EFC No. 12.  He then reiterates the

27   ───────────────────────

28   [1]  Since plaintiff is a prisoner proceeding pro se, he is afforded the benefit of the prison mailbox
     rule.  Houston v. Lack, 487 U.S. 266, 276 (1988).

1

arguments he made in his objections (EFC No. 12), which have already been considered by the court (ECF No. 7).  Plaintiff's request for relief will therefore be denied because he has failed to demonstrate any mistake, newly discovered evidence, or fraud as required by Federal Rule of Civil Procedure 60(b).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to vacate or set aside judgement (ECF No. 12) is denied.

IT IS SO ORDERED.

Dated:  April 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE